**Donald Ira CROOKS, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 24, 2006.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**

The Application for Correction of the Original Record is **DENIED.**

The Petition for Permission to file Supplemental Brief/Petition is **DENIED.**

The Application to Expedite is **DENIED**.